IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> -v- <br><br> AfterShokz, LLC, <br><br> Defendant. | Civil Case Number: 2:21-cv-06603-JMA-ST <br><br> SO ORDERED. <br> /s/ JMA, USDJ <br> 4/13/2022 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      April 12, 2022

_____
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
718-971-9474
Email: jonathan@shalomlawny.com

*Attorneys for Plaintiff*

_____
Karla Del Pozo García, Esq.
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-5328
Email: karla.delpozogarcia@dentons.com

*Attorneys for Defendant*